IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>R.T.C. GROUNDS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C 13-0256 CRB (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

　　　Defendants Grounds, Hedrick, and Asuncion have moved for a eighty-day extension, up to and including January 6, 2014, in which to file a dispositive motion. The Court has read and considered Defendants' motion to change time and the accompanying declaration of counsel and, good cause appearing,

　　　IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including January 6,

//

//

1

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot. (C 13-0256 CRB (PR))

1 | 2014. Plaintiff shall file an opposition within twenty-eight days of Defendants' motion filing.
2 | Defendants shall file a reply to Plaintiff's opposition within fourteen days of the receipt and filing
3 | of the opposition by the Court.

Dated: 10/24/13

_____
HONORABLE CHARLES R. BREYER
United States District Court

US District Judge

2

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot. (C 13-0256 CRB (PR))