1  KAMALA D. HARRIS
   Attorney General of California
2  DAMON G. MCCLAIN
   Supervising Deputy Attorney General
3  KYLE A. LEWIS
   Deputy Attorney General
4  State Bar No. 201041
   455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA 94102-7004
   Telephone: (415) 703-5500
6  Facsimile: (415) 703-5843
   E-mail: Kyle.Lewis@doj.ca.gov
7
   *Attorneys for Defendants*
8  *Grounds, Hedrick, Asuncion, Lozano, and Knight*

9           IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO

12

13                                      | Case No. C 13-0256 CRB (PR)

14  **RONALD F. MARTINEZ,**              | **STIPULATION FOR VOLUNTARY
                                          DISMISSAL WITH PREJUDICE**
15                         Plaintiff,    | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))**

16            v.                         | Judge:        The Honorable Charles R.
                                                         Breyer
17  **R.T.C. GROUNDS, et al.,**          | Action Filed: January 18, 2013

18                        Defendants.

19

20      Plaintiff Ronald F. Martinez and Defendants Grounds, Hedrick, Asuncion, Lozano, and

21  Knight have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this

22  action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

23  //

24  //

25

26

27

28

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 13-0256 CRB (PR))

1   Each party shall bear its own litigation costs and attorney's fees.

2   It is so stipulated.

3

4   Dated: 1/23/2014 _____

5                                    Ronald F. Martinez
                                     CDCR No. T-86494
6                                    Plaintiff

7   Dated: 1/24/14 _____

8                                    Kyle A. Lewis
                                     Deputy Attorney General
9                                    California Attorney General's Office
                                     *Attorney for Defendants*
10                                   *Grounds, Hedrick, Asuncion, Lozano, and Knight*

11

12

13      In accordance with the parties' stipulation, this action is dismissed with prejudice.  The

14  Clerk of the Court shall close the file.  **IT IS SO ORDERED**.

15

16  Dated:      Jan. 28, 2014      _____

17                                   THE HONORABLE CHARLES R. BREYER
                                     UNITED STATES DISTRICT JUDGE
18

19

20

21

22  SF2013206032
23  40872351.doc

24

25

26

27

28

                                          2